IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA

v.

ALBERT STANLEY WEATHERBY III

Case No. 25-MJ-190

**Filed Under Seal**

### CRIMINAL COMPLAINT

I, Jarrod Birchler, a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") being first duly sworn, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT ONE

The United States Attorney charges that from in or about July 2024 and continuing to on or about September 22, 2025, in the Eastern District of Tennessee, the defendant, Albert Stanley WEATHERBY III, did knowingly and willfully transmit in interstate commerce communications, that is, text messages, and the communications contained threats to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been since January 2016. I am currently assigned to the Knoxville Division, Johnson City Resident Agency. In connection with my official FBI duties, I have investigated, among others, cases involving controlled substances, murder, assault, kidnapping, wire fraud, financial crimes, and investigations involving national security. Over the previous nine years, I have also been

involved in various types of physical and electronic surveillance, the preparation and execution of arrest and search warrants, to include search warrants for electronic communications, Pen Register Trap and Trace warrants, as well as in the debriefing of defendants, witnesses, informants and others who have knowledge of criminal activities.

2. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 875(c) (Threatening Interstate Communications) have been committed by ALBERT STANLEY WEATHERBY III.

3. The statements contained in this affidavit are based on my personal observations; information provided to me by other agencies; written reports about this investigation that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training and background as a Special Agent with the FBI. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that violations of Title 18 U.S.C. § 875(c) (Threatening Interstate Communications) have been committed by ALBERT STANLEY WEATHERBY III.

## PROBABLE CAUSE

1. On October 29, 2024, Thomas Jackson Weaver ("Weaver") reported to the Federal Bureau of Investigation (FBI) Johnson City Resident Agency (JCRA) that Albert Stanley Weatherby ("Weatherby"), sent threatening text messages regarding a contentious lawsuit between Weaver and Weatherby.

2. Weaver received text messages with what he regarded as threats from phone number 305-422-9232. While Weaver had never known Weatherby to use this phone number,

2

references to a lawsuit led him to believe it was Weatherby who sent the text messages. One of the more concerning text message strings stated:

> "Tick Tock Mr. Weaver. Your days are winding down, be sure to make your final arrangements and enjoy your money in hell. The amount of suffering you have coming your way shall be one of which is insurmountable."
>
> "We are getting close."
>
> "Our first stop shall be at 111 Gilchrist St Apt 3 Punta Gorda, Fl 33950. She's seems like a pretty girl."
>
> "You see Mr. Weaver people like you do not understand pain and loss. The money you have stolen over the years will be taken out of you and your families blood."
>
> "Tick tock tick tock."

3. Weaver stated address 111 Gilchrist St Apt 3 Punta Gorda, Fl 33950 was previously his daughter's home address.

4. A Grand Jury subpoena was served to Telynx, LLC for records related to phone number 305-422-9232. On January 6, 2025, the writer received a response from Telynx, LLC with listed subscriber for phone number 305-422-9232 as:

> Subscriber information for +13054229232:
>
> Subscriber contact: Amanda Pietrocola / Momentum Technology
>
> Subscriber address: 11205 Lebanon Road, Unit 364, Mount Juliet, TN 37122
>
> Subscriber phone number: +16155585494
>
> Subscriber email: vendors@momentumtech.io

5. Based on communications with SpoofCard, LLC Custodian of Records and through Momentum Technology and SpoofCard websites, it was learned that Momentum Technology is headquartered in Mt. Juliet, TN and owns the subsidiary company SpoofCard,

3

LLC that provides an application-based platform, SpoofCard, which has "the ability to call and text from a virtual number to protect your personal information and privacy."[1]

6. A Grand Jury subpoena was served to Momentum Technology for subscriber information related to phone number 305-422-9232. On January 28, 2025, the writer received a response from Momentum Technology which listed phone number 423-609-5781 as the real number using spoof number 305-422-9232.

7. The Grand Jury returns from Momentum Technology also revealed phone number 423-609-5781 using spoof number 305-422-9232 contacted phone number 731-499-2941, which was used by Thomas Weaver, 15 times via voice calls and 7 times via SMS messages between July 2024 and August 2024. Furthermore, the returns show the SpoofCard application on an Apple iOS system was used to create the spoof number.

8. Based on open-source information that phone number 423-609-5781 was owned by Verizon a Grand Jury subpoena was served to Verizon. On February 7, 2025, Verizon provided returns revealing the phone was operated by the reseller Comcast.

9. Based on this information a Grand Jury subpoena was served to Comcast who provided returns dated March 31, 2025, with the listed subscriber for phone number 423-609-5781:

      Target Phone No:    (423) 609-5781
      Subscriber Name:    STAN WEATHERBY
      Service Address:    156 RIDGEHEIGHTS DR
                                 JOHNSON CITY, TN 37615
      Billing Address:    STAN WEATHERBY,

---

[1] https://www.spoofcard.com/

|                  |                        |
|------------------|------------------------|
|                  | 156 RIDGEHEIGHTS DR    |
|                  | JOHNSON CITY, TN 37615 |
| Type of Service: | Mobile                 |
| Status:          | Active                 |
| IMEI:            | 356371487367539        |
| IMSI:            | 311480014958525        |
| Make/Model:      | Apple iPhone 15 Pro Max |

10. On May 7, 2025, Thomas Weaver provided consent to search and download data from the cellular phone with phone number 731-499-2941 which received the threatening messages. The data on the phone was extracted using Cellebrite. Below are screenshots from the Cellebrite extraction showing the content of the threatening messages:

> From: +13054229232
> To: +17314992941 Margaret Weaver (owner)
> Unfortunately for you Mr. Weaver you are now under a whole new set of rules and the people that have hired our group to seek the justice deserved will be given just that.
>
> We are looking forward to meeting you in person and that day is coming sooner than you may think.
>
> | Participant | Delivered | Read | Opened |
> |---|---|---|---|
> | +17314992941 Margaret Weaver | | 8/8/2024 9:47:08 PM(UTC+0) | |
>
> Status: Read
>
> 8/8/2024 9:46:17 PM(UTC+0)

5

From: +13054229232
To: +17314992941 Margaret Weaver (owner)

Hello Mr. Weaver, you're a criminal that has been stealing from numerous people under the cloak of honesty, integrity and professionalism for years.

Lucky for you your criminal actions have produced judicial process against your person that do not seem to be applicable.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +17314992941 Margaret Weaver | | 8/8/2024 9:47:08 PM(UTC+0) | |

Status: Read

8/8/2024 9:44:20 PM(UTC+0)

---

From: +13054229232
To: +17314992941 Margaret Weaver (owner)

We are getting close

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +17314992941 Margaret Weaver | | 8/31/2024 1:40:55 AM(UTC+0) | |

Status: Read

8/30/2024 11:14:16 PM(UTC+0)

---

From: +13054229232
To: +17314992941 Margaret Weaver (owner)

Our first stop shall be at 111 Gilchrist St Apt 3 Punta Gorda, Fl 33950. She's seems like a pretty girl.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +17314992941 Margaret Weaver | | 8/31/2024 1:40:55 AM(UTC+0) | |

Status: Read

8/30/2024 11:25:02 PM(UTC+0)

6





11. Based on information obtained from the Momentous Technology Grand Jury subpoena return revealing that an Apple iOS using phone number 423-609-5781 created an account using the SpoofCard application, a Grand Jury subpoena was served to Apple, Inc. requesting account identifiers associated with phone number 423-609-5781.

12. Returns from Apple Inc. revealed Apple ID apple@topkusa.com registered to a Stan Weatherby and Apple ID stan@cloudrouted.com registered to Albert Weatherby were both associated with phone number 423-609-5781.

7

13. On August 20, 2025, this Court issued a 2703(d) Order for Apple IDs apple@topkusa.com and stan@cloudrouted.com. Your affiant received returns from Apple on September 7, 2025.

14. On September 23, 2025, your affiant received an email and voicemail from Thomas Weaver sent to the FBI public email address. The below screenshot were messages sent from account stan.weatherby@icloud.com to Weaver:



**Maybe: Stan Weatherby >**

**New contact information**
Stan Weatherby

I left you a voicemail and I will tell you that was from the heart.

Trusted your words like a brother

Trusted when you said you loved me it was factual

I think your simple confused

You have one more opportunity to correct this - if you take the steps your are attempting to take I will tell you with 100% certainty you will see what justice is

You can take these texts and my voicemail and send them you your fucked up, lying attorney and try to play this last dance with me

iMessage

9



15. On September 22, 2025, a threatening voicemail originating from phone number (423) 930-2060 was sent to Weaver. The voice from the voicemail was known to Weaver to be that of Weatherby. Weaver also goes by the name "Jock". Below is a transcript of the voicemail left for Weaver:

"Hey, Jock, Stan. You and I need to talk, okay? I'm already okay with everything to a certain point, but what you did and how you did it is not acceptable. The course of events that happened over the last four or five years has been one of which that will not stand as far as justice goes. You need to give me a call back and talk to me. If not, I'm going to come to your home and you and I will talk man to man face to face. But the bullshit you've done to me, you stealing my home. There's two things in life you gotta understand, son. You don't fuck with a man's wife and you don't fuck with his home. Okay? You need to understand that, and I'm going to give you the opportunity to correct your treachery, and if you're not going to call me back, I will be there at one point in time. But you just remember the next steps you take are going to be the ones that are going to dictate the outcome."

## CONCLUSION

4. Based upon the facts and information contained in this Affidavit, it is respectfully submitted that probable cause exists to believe violations of Title 18 U.S.C. § 875(c) (Threatening Interstate Communications) have been committed by ALBERT STANLEY WEATHERBY III.

Jarrod Birchler
Special Agent
Federal Bureau of Investigation

Sworn to before me and attested to as the signature of the affiant by telephone, the documents having been transmitted to me by reliable electronic means.

On September 24, 2025:

CYNTHIA RICHARDSON WYRICK
UNITED STATES MAGISTRATE JUDGE